**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Laneer Winder

v.

City of Chicago, et al.

Case Number:
FILED: MAY 16, 2008
08CV2869   NF
JUDGE GUZMAN
MAGISTRATE JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| | |
|---|---|
| NAME (Type or print) <br> Edward M. Fox | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Edward M. Fox | |
| FIRM <br> Ed Fox & Associates | |
| STREET ADDRESS <br> 300 W. Adams Street, Suite 330 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6205330 | TELEPHONE NUMBER <br> (312) 345-8877 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES X   NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?       YES     NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES X   NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES X  NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |