UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LANEER WINDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 08 C 2869 |
| ) | |
| CITY OF CHICAGO, and ) | |
| Chicago Police Officers R.L. Davis, ) | JUDGE GUZMAN |
| Star No. 18378, W.E. Colon, Star No. 2929, and ) | MAGISTRATE JUDGE ASHMAN |
| Triplett, Star No. 18220 ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

**DEFENDANT CITY OF CHICAGO'S AGREED MOTION TO
ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant City of Chicago, ("Defendant City"), by one of its attorneys, Marcy M. Labedz, Assistant Corporation Counsel for the City of Chicago, respectfully requests this Honorable Court to enlarge the time in which Defendant City may answer or otherwise plead to Plaintiff's Complaint, up to and including August 11, 2008. In support thereof, Defendant City states as follows:

1. Plaintiff's Complaint was filed on May 16, 2008.

2. The undersigned has filed an appearance for Defendant City on today's date.

3. Defendant City's Answer or other responsive pleading is due at this time.

4. Defendant City's attorney has not been able to review the file. Further, the undersigned anticipates representing the two named Defendant Officers as well, and has not been able to meet with her clients. The undersigned would prefer to file one answer for all Defendants.

5. This Motion is Defendant City's first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues.

6. Plaintiff's counsel, Garrett Brown, has no objection to the extension of time requested herein.

7. Both Defendant City and Plaintiff request that if this Court grants this Motion that the previously scheduled initial status date of July 16, 2008 be re-scheduled to a date after August 11, 2008.

**WHEREFORE,** Defendant City respectfully request that this Honorable Court grant an extension of time up to and including August 11, 2008, to answer or otherwise plead to Plaintiff's Complaint.

Respectfully submitted,

/s/ Marcy M. Labedz
MARCY M. LABEDZ
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-3982
(312) 744-6566
Attorney No. 06279219

June 19, 2008

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have caused a true and correct copy of **DEFENDANT CONROY'S AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**, and **NOTICE OF MOTION** to be served on the person(s) named in the foregoing Notice, via electronic mail, at the address therein stated, on June 19, 2008.

/s/ Marcy M. Labedz
MARCY M. LABEDZ