UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LANEER WINDER, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CHICAGO, and )<br>Chicago Police Officers R.L. Davis, )<br>Star No. 18378, W.E. Colon, Star No. 2929, and )<br>Triplett, Star No. 18220 )<br>)<br>Defendants. ) | NO. 08 C 2869<br><br>JUDGE GUZMAN<br>MAGISTRATE JUDGE ASHMAN<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF AGREED MOTION

TO:   Garrett W. Browne and Edward M. Fox
        Ed Fox & Associates
        300 W. Adams Street, Suite 330
        Chicago, IL 60606

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY'S AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Guzman or before such other Judge sitting in his place or stead, on **Thursday, June 26, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 19th day of June 2008.

Respectfully submitted,

/s/ Marcy M. Labedz
Marcy M. Labedz

30 North LaSalle St., Suite 1400
Chicago, Illinois 60602
(312) 744-3982
Attorney No. 06279219

1