**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Laneer Winder
                              Plaintiff,

v.                                                   Case No.: 1:08−cv−02869
                                                        Honorable Ronald A. Guzman

City of Chicago, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Defendant, City of Chicago's agreed motion to enlarge time to answer or otherwise plead [8] to plaintiff's complaint is granted to and including 8/11/2008. Status hearing set for 7/16/2008 is stricken and will be set at a later date. Mailed and telephoned notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.