IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LANEER WINDER** | ) | |
| | ) | Case No.: 08 C 2869 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JUDGE GUZMAN |
| **CITY OF CHICAGO,** and | ) | |
| Chicago Police Officers **R.L. Davis,** | ) | |
| **Star No. 18378, W.E. Colon, Star No. 2929, and** | ) | |
| **Triplett, Star No. 18220,** | ) | |
| individually, | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED SCHEDULING ORDER**

1.  **Discovery**

    A.  All disclosures required by Rule 26(a)(1) shall be made on or before **August 29, 2008**.

    B.  Any Amendments to pleadings or actions to join other parties shall be made on or before **September 30, 2008**.

    C.  The cutoff of fact discovery is **December 31, 2008**.

    D.  The Plaintiff will not be retaining an expert opinion witness. Defendants to not anticipate retaining any expert opinion witness at this time, but reserve the right to do so in the event that unexpected issues arise during the course of discovery.

| | |
|---|---|
| s/Garrett Browne | s/Marcy Labedz |
| Attorney for Plaintiff | Attorney for Defendants |
| ED FOX & ASSOCIATES | Asst. Corp. Counsel |
| 300 West Adams, Suite 330 | 30 N. LaSalle St., Suite 1400 |
| Chicago, IL 60606 | Chicago, IL. 60602 |
| (312) 345-8877 | (312) 744-3982 |
| gbrowne@efox-law.com | Attorney No. 0279219 |