IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LANEER WINDER** ) | |
| ) | Case No.: 08 C 2869 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | JUDGE GUZMAN |
| **CITY OF CHICAGO,** and ) | |
| Chicago Police Officers **R.L. Davis,** ) | |
| **Star No. 18378, W.E. Colon, Star No. 2929, and** ) | |
| **Triplett, Star No. 18220,** ) | |
| individually, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

TO**:**   Marcy Labedz, Suite 1400, 30 N. LaSalle St., Chicago, IL. 60602

**PLEASE TAKE NOTICE** that on January 16, 2008, the undersigned electronically filed with the Clerk of this Court, the **PROPOSED SCHEDULING ORDER** service of which is being made upon you.

                            S/Garrett Browne
                            Garrett Browne

ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877

### CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2008, I filed and served the foregoing with the Clerk of the Court using the Cm/EMF system.

                            /s/Garrett Browne
                            Garrett Browne
                            ED FOX & ASSOCIATES
                            300 West Adams, Suite 330
                            Chicago, IL 60606
                            (312) 345-8877
                            gbrowne@efox-law.com