UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LANEER WINDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 2869 |
| | ) | |
| CITY OF CHICAGO, and | ) | |
| Chicago Police Officers R.L. Davis, | ) | JUDGE GUZMAN |
| Star No. 18378, W.E. Colon, Star No. 2929, | ) | MAGISTRATE JUDGE ASHMAN |
| And Triplett, Star No. 18220 | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## NOTICE OF FILING

TO:   Garrett Browne
      Edward M. Fox
      ED FOX & ASSOCIATES
      Attorneys for Plaintiff
      300 W. Adams, Suite 330
      Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on August 11, 2008, I have caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is herewith served upon you.

Respectfully submitted,

/s/ Marcy M. Labedz
MARCY M. LABEDZ
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3982
(312) 744-6566 (Fax)
Atty. No. 06279219