**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Laneer Winder

                          Plaintiff,

v.                                          Case No.: 1:08−cv−02869
                                          Honorable Ronald A. Guzman

City of Chicago, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on 8/13/2008. Amended pleadings and joinder of parties due by 9/30/2008. Fact discovery ordered closed by 12/31/2008. Dispositive motions due by 1/30/2009. Status hearing set for 8/27/2008 at 09:30 AM. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.