UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LANEER WINDER, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CHICAGO, and )<br>Chicago Police Officers R.L. Davis, )<br>Star No. 18378, W.E. Colon, Star No. 2929, and )<br>Triplett, Star No. 18220 )<br>)<br>Defendants. ) | NO. 08 C 2869<br><br>JUDGE GUZMAN<br>MAGISTRATE JUDGE ASHMAN |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Garrett W. Browne
Attorney for Plaintiff,
Laneer Winder
Ed Fox & Associates
300 W. Adams, Suite 330
Chicago, IL 60606
(312) 345-8877
Attorney No. 6242592
Date: 8/26/08

_____
Marcy M. Labedz
Assistant Corporation Counsel
Attorney for Defendants
Robert Davis, Lafayette Triplett, and Walldy Colon
30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3982
Attorney No. 6279219

Date: 8-27-08

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Marcy Labedz
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3982
Attorney No. 6279219

Date: 8-27-08