Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2869 | **DATE** | 8/28/2008 |
| **CASE TITLE** | LANEER WINDER vs. CITY OF CHICAGO, et al | | |

**DOCKET ENTRY TEXT**

Enter agreed order of dismissal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|