UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LANEER WINDER, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  08 C 2869 |
| | ) | |
| CITY OF CHICAGO, and | ) | |
| Chicago Police Officers R.L. Davis, | ) | JUDGE GUZMAN |
| Star No. 18378, W.E. Colon, Star No. 2929, and | ) | MAGISTRATE JUDGE ASHMAN |
| Triplett, Star No. 18220 | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having

reached agreement to settle this matter, and the respective parties being represented by counsel,

Plaintiff, Laneer Winder, by one of his attorneys, Garrett W. Browne, and Defendants, Robert

Davis, Lafayette Triplett, and Walldy Colon, by their attorney, Marcy M. Labedz, and Defendant

City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago,

and the parties having entered into a Release and Settlement Agreement and Stipulation to

Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms

of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiff, Laneer Winder, against Defendants, City of Chicago, Robert

Davis, Lafayette Triplett, and Walldy Colon, are dismissed with prejudice and with each side

bearing its own costs and attorneys' fees in accordance with the terms of the Release and

Settlement Agreement.

ENTER: _Ronald A. Guzman_

The Honorable Ronald A. Guzman
United States District Judge

DATED: _August 28, 2008_